**UNITED STATES BANKRUPTCY COURT**
**WESTERN DIVISION OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:
**GREGORIO GARCIA III**
**IRMA GAITAN GARCIA**

CASE NO: BKS-13-52003 G

CHAPTER 13

**Debtors**

**TRUSTEE'S NOTICE TO PAY UNCLAIMED FUNDS TO THE COURT**

    COMES NOW, Mary K. Viegelahn, the Chapter 13 Trustee in this case, and reports the following:

  1. Debtor filed for relief under Chapter 13 on August 01, 2013. The Court Confirmed Debtor's plan on November 13, 2013.

  2. ESTELLA CORRALEZ, (the "Creditor") filed a proof of claim in the above referenced case and the Trustee made payments thereon. Disbursement checks to this creditor have not been negotiated.

  3. The Trustee, therefore, believes the unclaimed funds owing the creditor should be paid to the Court, pursuant to Section 347 of the Bankruptcy Code.

  4. The Trustee's check for $615.26, payable to the Clerk of the Court, is attached to this notice.

    FURTHER, in compliance with Rule 3011 of the Rules of Bankruptcy Procedure and 11 U.S.C. Sec. 347(a), the Trustee files the following list of all known names and addresses of the persons and the accounts to which they are entitled to be paid from the estate.

| **Name and Address of Creditor** | **Amount of Disbursement Check** |
|---|---|
| ESTELLA CORRALEZ<br>C/O RITA JANKE<br>401 TERON DRIVE<br>SAN MARCOS, TX 78666 | $615.26 |

Respectfully submitted,

/s/ Mary K. Viegelahn
_____

MARY K. VIEGELAHN
CHAPTER 13 STANDING TRUSTEE
10500 Heritage Blvd, Ste. 201
San Antonio, TX 78216
(210) 824-1460

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:                            CHAPTER 13

**GREGORIO GARCIA III**
**IRMA GAITAN GARCIA**

DEBTOR(S)                CASE NO.: **13-52003 G**

**CERTIFICATE OF SERVICE**
-----------------------------------

I hereby certify that a true and correct copy of the attached document was served **July 25, 2014** by First Class Mail, upon the following:

   Debtor(s):
GREGORIO GARCIA III
IRMA GAITAN GARCIA
16270 S STATE HWY 123
SEGUIN, TX 78155

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

| | |
|---|---|
| ESTELLA CORRALEZ | Attorney For Debtor(s) |
| C/O RITA JANKE | JOE A GAMEZ |
| 401 TERON DRIVE | 1139 W HILDEBRAND AVE |
| SAN MARCOS, TX 78666 | SAN ANTONIO, TX 78201 |

/S/
_____
Mary K. Viegelahn
Chapter 13 Trustee